**TIMOTHY S. CORY, ESQ.**
**Chapter 7 Trustee**
**8831 W. Sahara Ave.**
**Las Vegas, Nevada   89117**
**(702) 388-1996**
**tim.cory@corylaw.us**

*E-filed: 3/31/2010*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>GALINA KUBRAK, INC.<br><br>           Debtor(s) | CHAPTER 7 BANKRUPTCY<br><br>Case No. BK-S-09-15569-MKN<br><br>DATE:   May 5, 2010<br>TIME:   11:00 a.m. |

### TRUSTEE'S RENEWED MOTION TO DISMISS WITH PROPOSED ORDER

COMES NOW Chapter 7 Trustee, Timothy S. Cory, Esq., and hereby moves this Court for an Order to Dismiss this proceeding.  This Motion is made and based on accompanying Memorandum of Points and Authorities the Affidavit of Timothy S. Cory and the entire file and pleadings herein.

Dated: March 31, 2010.

Respectfully submitted,

*/s/   Timothy S. Cory*
TIMOTHY S. CORY, ESQ.
**Chapter 7 Trustee**

## **MEMORANDUM WITH POINTS AND AUTHORITIES**

1. Galina Kubrak, Inc. (the "Debtor(s)") originally filed a Voluntary Chapter 11 petition on April 13, 2009 which was converted to a Chapter 7 proceeding on July 10, 2009.

2. Movant is the duly authorized appointed and acting Chapter 7 Trustee in the above-entitled case.

3. The Chapter 7, Section 341 Meeting of Creditors was scheduled for August 12, 2009.

4. Debtor(s) failed to attend the §341 Meeting of Creditors originally scheduled for August 12, 2009.

5. I then continued the Chapter 7, Section 341 Meeting of Creditors to October 7, 2009.

6. Debtor(s) failed to attend the §341 Meeting of Creditors scheduled for October 7, 2009.

7. I again continued the Chapter 7, Section 341 Meeting of Creditors to November 4, 2009.

8. Debtor(s) failed to attend the §341 Meeting of Creditors scheduled for November 4, 2009

9. The Debtor(s) is/are required to appear at the §341 meeting of creditors pursuant to 11 U.S.C.§343.

11 U.S.C. §341(a) and (d) and Bankruptcy Rule 2003 require that the U.S. Trustee convene and preside at a meeting of creditors and that the debtor(s) be examined orally at that time.

This Motion is accompanied by the Affidavit of Timothy S. Cory, Trustee setting forth the Debtor's failure to attend the §341 Meeting of Creditors.  Therefore, the Debtor(s) has/have failed to cooperate fully with the Trustee in the administration of the estate pursuant to 11 U.S.C. Section 521.

/ / /

WHEREFORE, Trustee respectfully requests that this Court enter an Order Dismissing this proceeding for Debtor's failure to appear at the U.S.C. §341(a) meeting of creditors and for such other further relief as the Court deems proper.

Dated: March 31, 2010.

Respectfully submitted:

*/s/ Timothy S. Cory*
TIMOTHY S. CORY, ESQ.
**Chapter 7 Trustee**

*PROPOSED ORDER*

TIMOTHY S. CORY, ESQ.
Nevada Bar No. 1972
**CHAPTER 7 BANKRUPTCY TRUSTEE**
8831 W. Sahara Ave
Las Vegas, Nevada  89117
Telephone: (702) 388-1996
Facsimile: (702) 382-7903
email: tim.cory@corylaw.us

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | BK-S-09-15569-MKN |
| | ) | |
| GALINA KUBRAK, INC. | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | DATE: May 5, 2010 |
| | ) | TIME: 11:00 a.m. |
| _____ | ) | |

**ORDER GRANTING TRUSTEE'S RENEWED MOTION TO DISMISS**

This matter having come before the Court for consideration on May 5, 2010, upon Trustee's Renewed Motion to Dismiss filed by Timothy S. Cory, Esq and with consideration of the Motion and the Court being otherwise duly advised in the premises;

/ / /

**IT IS HEREBY ORDERED** that this Chapter 7 bankruptcy proceeding be dismissed.

Respectfully submitted by:

 */s/ Timothy S. Cory*
**Timothy S. Cory, Esq.**

###